**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SHANE CALAMIA,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 5:26-cv-02158-NW

Hon. Noël Wise

**~~[PROPOSED]~~ ORDER ~~GRANTING~~ STIPULATION REGARDING SELECTION OF AN ADR PROCESS**

~~Before the Court is the parties' stipulation regarding selection of an ADR process. For good cause shown, the Court GRANTS the motion. The parties will participate in a Magistrate Judge Settlement Conference on or before September 30, 2026.~~

DENIED WITHOUT PREJUDICE. Per the Court's Standing Order, Section T, the Court generally does not refer cases for settlement with a magistrate judge unless the parties have already completed one of the other processes set forth in ADR Local Rule 3-4: Early Neutral Evaluation, Mediation, or Private ADR. Parties who complete one of these processes without reaching a settlement may request referral to a magistrate judge at that time. Alternatively, the parties may consent to Magistrate Judge jurisdiction for all purposes, so a Magistrate Judge can hear the dispute now.

**IT IS SO ORDERED**

DATED July 15, 2026

Hon. Noël Wise
United States District Judge