**VENABLE LLP**
Shannon E. Beamer (SBN 331289)
Email: SEBeamer@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9682
Facsimile: (310) 229-9901

**VENABLE LLP**
Christian A. Coward (Admitted *Pro Hac Vice*)
Email: CACoward@venable.com
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7453
Facsimile: (410) 244-7742

*Attorneys for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SHANE CALAMIA,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

Case No. 5:26-cv-02158-NW

Hon. Noël Wise

**~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE**

Complaint Filed: March 12, 2026
Trial Date: May 17, 2027



VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

The Court, having reviewed Plaintiff Shane Calamia, *pro se*, and Defendant Experian Information Solutions, Inc., Joint Stipulation of Voluntary Dismissal With Prejudice, hereby orders that this action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.

Dated: November 20, 2026

The Honorable Noël Wise
United States District Court Judge